UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHATEAU LA COSTE,<br><br>  Plaintiff,<br><br> v.<br><br>FOX BEVERAGES USA INC., et al.,<br><br>  Defendants. | Case No. 2:23-cv-02053-SB-RAO<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

  On April 24, 2023, Plaintiff filed proof that Defendant Fox Beverages USA, Inc. was served in this matter on March 28, 2023. Dkt. No. 11. This Defendant's responsive pleading was due on April 18, 2023. None has been filed, and Plaintiff has not sought entry of default as to this Defendant. Plaintiff is ordered to show cause, in writing, no later than May 1, 2023, why its claims against Defendant Fox Beverages USA, Inc. should not be dismissed for lack of prosecution.

  The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

  Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant Fox Beverages USA, Inc.

  IT IS SO ORDERED

Date: April 25, 2023

                         Stanley Blumenfeld, Jr.
                         United States District Judge